EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON        #4532
Assistant U.S. Attorney

WES REBER PORTER         #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:    541-2850
facsimile:    541-2958
e-mail:       wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 7 2003

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. CR03-00587 HG |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | [H.R.S. § 708-836.5; |
| | ) | 18 U.S.C. §§ 2 & 13] |
| JAMES T. CHAMPLIN        (01) | ) | |
| BLOSSOM K. KAHOOKAULANA  (02) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I N D I C T M E N T
(H.R.S. § 708-836.5; 18 U.S.C. §§ 2 & 13)

The Grand Jury charges that:

On or about December 13, 2003, in the District of Hawaii, at a place within the special maritime and territorial jurisdiction of the United States, to wit: Hawaii Volcanoes

National Park, Island of Hawaii, defendants JAMES T. CHAMPLIN (01) and BLOSSOM K. KAHOOKAULANA (02) did intentionally and knowingly enter and remain unlawfully in a motor vehicle, to wit: a white Jeep, Hawaii State license plate number "MAW-589", the property of Denny Boiser and Sandra D. Day, with intent to commit therein a crime against a person and property rights.

All in violation of Hawaii Revised Statute, Section 708-836.5 and Title 18, United States Code, Sections 2 and 13.

DATED: December 17, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
for RONALD G. JOHNSON
Chief, Violent Crimes

_____
WES REBER PORTER
Assistant U.S. Attorney

United States v. JAMES T. CHAMPLIN, et. al
Cr. No.
"INDICTMENT"